**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 09-667-PHX-JAT |
| ) | CV 11-0648-PHX-JAT |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Andrew Beltran, ) | |
| ) | |
| Defendant. ) | |
| ) | |

To cure the procedural defects in the December 15, 2011 Order,

IT IS ORDERED that the Clerk of the Court shall file a copy of this Order in both case numbers listed above.

IT IS FURTHER ORDERED that the December 15, 2011 Order (Doc. 23 in CV 11-648 and Doc. 65 in CR 09-667) is vacated as is the corresponding judgment (Doc. 24 in CV 11-648).

IT IS FURTHER ORDERED that the Report and Recommendation (Doc. 16 in CV 11-648) is accepted and adopted; the motion to vacate sentence is granted as specified below, and the Clerk of the Court shall enter judgment granting the motion in CV 11-648.

IT IS FURTHER ORDERED that as a result of the Court accepting the Report and Recommendation, which recommended the Judgment in CR 09-667 at Doc. 35 be vacated, the Judgment is vacated and CR 09-667 is re-opened.

IT IS FURTHER ORDERED that the Government's motion to dismiss the indictment

in CR 09-667 (Doc. 64), without prejudice, is granted; the indictment is dismissed, without prejudice. As a result of this Order, the Clerk of the Court shall close the criminal case.

IT IS FURTHER ORDERED that Beltran be released from custody, if applicable.

IT IS FINALLY ORDERED that, given that the Report and Recommendation found that counsel's legal advice was objectively unreasonable, and had been so under controlling Ninth Circuit precedent since 2005, the Court will forward a copy of this Order and the Report and Recommendation to the Arizona State Bar for a determination of whether Jerry Hernandez's representation of Mr. Beltran violated the duty of competence.

DATED this 11th day of January, 2012.

James A. Teilborg
United States District Judge